IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HSBC Bank USA, N.A., | : | |
| Plaintiff | : | Civil Action 2:09-cv-01135 |
| v. | : | |
| Lawrence Paglioni, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

This matter is before the Court on plaintiff HSBC Bank USA. N.A.'s June 25, 2012 motion to vacate the Court's September 28, 2010 Order and Judgment (docs. 29 & 30). The relief granted plaintiff has been obviated by separate agreement of the parties, and the parties believe that the Court's September 28, 2010 Order and Judgment could adversely affect the agreement resolving the dispute the parties. Plaintiff HSBC Bank USA. N.A.'s June 25, 2012 motion to vacate the Court's September 28, 2010 Order and Judgment (docs. 29 & 30) is GRANTED. The Court's September 28, 2010 Order and Judgment are hereby vacated pursuant to Federal Rule of Civil Procedure 60(b)(6).

                                                  s/ Mark R. Abel
                                                  United States Magistrate Judge